United States District Court
Western District
Exhibits Log: 3:17-CR-1339-DB
U.S.A. v Rhonda Lynn Chesser Lindstrom, 3/16/2018

| Exhibit | Description | Rlsd | Seal |
|---|---|---|---|
| Gov-01 | Application for US Passport Form DS-11 | Yes | No |
| Gov-02 | State of Louisiana, Cert of Vital Record | Yes | No |
| Gov-02-A | State of Louisiana; Original Certification of Birth #2355833; Chesser, Rhonda Lynn | Yes | No |
| Gov-03 | State of Maryland, Driver`s License | Yes | No |
| Gov-04 | FBI USDOJ-Rhonda Chesser Badge | Yes | No |
| Gov-05 | State of Louisiana, Cert of Vital Record | Yes | No |
| Gov-06 | State of Maryland, Driver`s License | Yes | No |
| Gov-07 | US Dept of State, El Paso Passport Agency Letter 6-12-14 | Yes | No |
| Gov-08 | US Dept of State, El Paso Passport Agency Ltr 6-12-14 Req Addl Doc | Yes | No |
| Gov-09 | Suppl Questionnaire to Determine Identity, Form DS-5520 | Yes | No |
| Gov-10 | US Dept of State, Birth Affidavit Donna Chesser | Yes | No |
| Gov-11 | US Dept of State, Affidavit of Identifying Witness | Yes | No |
| Gov-12 | State of Maryland, MVA Summary of licenses Issued | Yes | No |
| Gov-13 | City of El Paso, EPPD Traffic Citation | Yes | No |
| Gov-14 | Geico Insurance Verification of Coverage | Yes | No |
| Gov-15 | Rhonda L Chesser, Dept of Justice FBI Work ID Badge | Yes | No |
| Gov-16 | US Dept of State, Birth Affidavit, Reviewed | Yes | No |
| Gov-17 | State of Maryland, MVA Summary of licenses Reviewed | Yes | No |
| Gov-18 | Envelope Mailed by Rhonda to US Dept of State | Yes | No |
| Gov-19 | El Paso Passport Agency Ltr 7-8-14, Req addl doc US Citizenship | Yes | No |
| Gov-20 | El Paso Passport Agency Ltr 7-8-14, Req addl doc Identity | Yes | No |
| Gov-21 | FBI, Rhonda Chesser, Special Agent Badge | Yes | No |
| Gov-22 | El Paso Passport Agency Ltr 7-8-14, Handwritten Note Chesser | Yes | No |
| Gov-23 | State of Louisiana, Cert of Birth Chesser, Donna Lynn | Yes | No |
| Gov-24 | State of Louisiana, Cert of Birth Chesser, Donna Lynn-Reviewed | Yes | No |
| Gov-25 | State of Mississippi, Standard Cert of Live Birth, Chesser, Donald | Yes | No |
| Gov-26 | State of Mississippi, Standard Cert of Live Birth, Chesser, Donald Reviewed | Yes | No |
| Gov-27 | Envelope Mailed by Rhonda to El Paso Passport Agency, 8-18-14 | Yes | No |
| Gov-28 | Rhonda Chesser Ltr to El Paso Passport Agency requesting return docs | Yes | No |
| Gov-29 | Envelope Mailed by Rhonda to El Paso Passport Agency, 9-16-14 | Yes | No |
| Gov-30 | USDOJ OIG-Affidavit of Rhonda Chesser | Yes | No |
| Gov-31 | State of Louisiana, Cert of Birth-Verona Penny Winzy | Yes | No |
| Gov-32 | State of Louisiana, Cert of Birth-Donna Lynn Chesser | Yes | No |
| Gov-33 | State of Louisiana, Cert of Birth-Rhonda Lynn Chesser | Yes | No |
| Gov-34 | State of Louisiana, Cert of Birth-Stephanie Chesser | Yes | No |
| Gov-35 | State of Louisiana, Cert of Birth-Johanna Chesser | Yes | No |

| Link | Description | | |
|---|---|---|---|
| Gov-36 | State of Louisiana, Cert of Birth-Reynaud Brandon Chesser | Yes | No |
| Gov-37 | State of Louisiana, Record of Req for Birth Certificate | Yes | No |
| Gov-38 | Destrehan High School, Rhonda Lynn Chesser- Academic Records | Yes | No |
| Gov-39 | Louisiana State Univ, Appl for Admission and Scholarships | Yes | No |
| Gov-40 | Louisiana State Univ, Official Transcript | Yes | No |
| Gov-41 | Louisiana Dept of Public Safety and Corrections, Personal Drivers License | Yes | No |
| Gov-42 | KLKN-TV Appl Letter Rhonda Rhenard Resume | Yes | No |
| Gov-43 | Appl for Nebraska Motor Vehicle Operator`s License permit ID Card | Yes | No |
| Gov-44 | FBI, Appl for Employment, 03-2-04 | Yes | No |
| Gov-45 | FBI, Authority to Release Info, 04-01-04 | Yes | No |
| Gov-46 | FBI, FD-302 Personal Security Interview, 04-01-04 | Yes | No |
| Gov-49 | Maryland Motor Vehicle Admin Driver License | Yes | No |
| Gov-50 | Electronic Appl for Maryland Non-commercial Drivers License 07-24-09 | Yes | No |
| Gov-51 | Electronic Appl for Maryland Non-commercial Drivers License 07-01-11 | Yes | No |
| Gov-52 | Electronic Appl for Maryland Non-commercial Drivers License 07-25-14 | Yes | No |
| Gov-53 | TransUnion Credit Report | Yes | No |
| Gov-54 | TrueCredit Report, 3-in-1 Credit Report | Yes | No |
| Gov-55 | FBI, SF-1152, Designation of Beneficiary | Yes | No |
| Gov-56 | FBI, SF-3102, Designation of Beneficiary (FERS)-1 | Yes | No |
| Gov-57 | FBI, SF-2809, Health Benefits Election Form | Yes | No |
| Gov-59 | Electronic Questionnaires for Inv, 06-25-09 | Yes | No |
| Gov-60 | Electronic Questionnaires for Inv, 10-12-11 | Yes | No |
| Gov-61 | FBI, Personal Security Interview From, 11-08-11 | Yes | No |
| Gov-62 | State of TX Application for Marriage License | Yes | No |
| Gov-63 | State of TX Marriage License | Yes | No |
| Gov-64 | State of TX, Application for TX Driver License | Yes | No |
| Gov-65 | AT&T Cellular Records-New Cingular Wireless | Yes | No |
| Gov-66 | Verizon Phone Cellular Records | Yes | No |
| Def-1 | GEICO letter dated 7.31.17 | Yes | No |
| Def-2 | Bank of America documents printed 7.31.17 | Yes | No |
| Def-3 | VW Credit application faxed 8.1.17 | Yes | No |
| Def-4 | Uniform Residential Loan Application | Yes | No |
| Def-5 | El Paso Heart Center report | Yes | No |
| Def-6 | Maryland driver`s license issued 7.25.14 | Yes | No |
| Def-11 | Birth Certificate of Rhenard Chesser | Yes | No |
| Def-15 | MOI of Donna Chesser | No | No |
| Def-16 | Verona Chesser`s 1999 passport application | Yes | No |
| Def-17 | Johanna Chesser`s 2011 passport application | Yes | No |
| Def-18 | Newspaper article, Denard Walker arrest | Yes | No |
| Def-19 | 2004 FBI birth and arrest record check | Yes | No |
| Def-23 | Health Benefits election Rhenard Lynn Walker | Yes | No |
| Def-24 | HIPAA consent, 11.8.11 | Yes | No |

| Def-39 | Noemi Garcia email, 6.12.14 | Yes | No |
| Def-40 | FBI re-investigation, re Verizon debt, 9.15.05 | Yes | No |
| Def-42 | Divorce Petition | Yes | No |
| Def-43 | Nonsuit | Yes | No |