Scanned Document Collection                                        Page 1 of 5

mother

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 3 of instructions
Please select the document(s) for which you are applying:
☒ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
☒ 28 Page Book (Standard)    ☐ 52 Page Book (Non-Standard)

250873023

**1. Name**
Last: Chesser
First: Verona
Middle: Penny

**2. Date of Birth:** 12/9/1955
**3. Sex:** F
**4. Place of Birth:** New Orleans, LA

**5. Social Security Number:** 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
**6. Email Address:**
**7. Primary Contact Phone Number:**

**8. Mailing Address:**
800 South I-10 Service Rd. East
City: Metairie    State: LA    Zip: 70005

**9. List all other names you have used:**

**10. Passport Book and/or Passport Card Information**
Name: Verona Chesser
Most recent passport book number: 087099493
Issue date: 10 Nov 1999

**11. Name Change Information**

---

**Applicant's Signature:** M. Verona Chesser
**Date:** 9/25/12

**FOR ISSUING OFFICE ONLY**

DEPARTMENT OF STATE
OCT - 5 2012
GLADYS MCNAMARA

DS-82 12-2010                                        Page 1 of 2



**DEFENDANT'S EXHIBIT 16**

https://cadata.ca.state.gov/pls/PPT/rpt_passport_images.display_doc_all?p_hash=E542229...  6/12/2014

| Name of Applicant (Last, First & Middle) | | | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| Victoria Chesser | | | | 1953 |
| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School (if applicable) |
| 5'4 | Brown | Brown | none | |

17. Additional Contact Phone Numbers
   Home    Cell    Work                                        Home    Cell
                                                              Work

18. Permanent Address: If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address,
Street/RFD # or URB (No P.O. Box)                             Apartment/Unit
600 I/O Senate Road South

City                                                    State    Zip Code
Metairie                                                LA       70005

19. Emergency Contact – Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name                        Address: Street/RFD # or P.O. Box        Apartment/Unit
Stephanie Chesser           35th River Oaks
City             State    Zip Code    Phone Number       Relationship
Destrehan        LA       70047       504/299-7826       Daughter

20. Travel Plans
Date of Trip (mm/dd/yyyy):   Duration of Trip:   Countries to be visited:

**STOP! YOU HAVE COMPLETED YOUR APPLICATION
BE SURE TO SIGN AND DATE PAGE ONE**

DS-82 12-2010                                     * DS 82 A 12 3/10 2 *     Page 2 of 2

https://cadata.ca.state.gov/pls/PPT/rpt_passport_images.display_doc_all?p_hash=E542229...   6/12/2014

Chesser Lindstrom-State Department Records Received by USAO 01/12/15; Produced 10/20/17; Revised 02/06/18 (Exhibits 6, 7, and 8 Included)    Page 32

00138289-0134



United States Department of State
National Passport Center
207 International Drive
Portsmouth, NH 03801-6827
1-877-487-2778

August 20, 2012

Veronia Penny Chesser
800 S I 10 Service Rd E
Metairie, LA 70005

RE: 250873023

Dear Ms. Chesser:

Thank you for your recent passport application.

The photograph you submitted cannot be used because the image size measured from the chin to the top of your head is less than 1 inch or more than 1 3/8 inches.

Please submit a passport photograph or the requested documentation. The photograph must be:

- Taken within the last six months in the United States, showing current appearance;
- 2 x 2 inches in overall size;
- Between 1 inch and 1 3/8 inches from the top of the head to the bottom of the chin;
- Taken against a white or off-white background;
- Clear with a centered, full-frontal view of the applicant's face;
- Taken in normal attire;
    - Military attire and law enforcement uniforms cannot be worn in passport photographs;
    - Do not wear a hat or headgear that obscures the hairline *unless* for religious or medical reasons;
    - Dark or tinted glasses are not acceptable unless for medical reasons.

Note: Please print your name and date of birth on the back of any photographs submitted to Passport Services using a pencil or ball point pen to ensure that the signature does not bleed through the photograph.

We appreciate your assistance in this matter so that we may continue processing your passport application. If we do not receive the requested information <u>within ninety (90) days from the date of this letter</u>; or the information you submit is insufficient to establish your entitlement to a U.S. passport in accordance with the relevant provisions of Part 51, Title 22 of the Code of Federal Regulations, your application will be denied and your evidence returned to you. By law, the passport execution and application fees are non-refundable. Any special return postage will be returned or refunded.

https://cadata.ca.state.gov/pls/PPT/rpt_passport_images.display_doc_all?p_hash=E542229...   6/12/2014

Chesser Lindstrom-State Department Records Received by USAO 01/12/15; Produced 10/20/17; Revised 02/06/18 (Exhibits 6, 7, and 8 Included)   Page 33

Scanned Document Collection

Page 4 of 5

00138289-0135

If you have any questions regarding this letter or your passport application, contact the National Passport Information Center (NPIC), toll-free, at 1-877-487-2778 (TTY/TDD: 1-888-874-7793). For general passport information, to check the status of your passport application, or to enroll in our Smart Traveler Enrollment Program (STEP), please visit us online at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR REPLY.**

Sincerely,

Customer Service Department

Enclosure(s):
Photograph (1)

https://cadata.ca.state.gov/pls/PPT/rpt_passport_images.display_doc_all?p_hash=E542229...   6/12/2014

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

Please Print Legibly Using Black Ink Only

Please select the document(s) for which you are applying:
- [x] U.S. Passport Book
- [ ] U.S. Passport Card
- [ ] Both

- [x] 28 Page Book (Standard)
- [ ] 52 Page Book (Non-Standard)

**1. Name Last:** Chesser
**First:** Verona
**Middle:** Penny

**2. Date of Birth (mm/dd/yyyy):** 12/9/1955
**3. Sex:** F
**4. Place of Birth:** New Orleans LA

**5. Social Security Number:** 438984127
**6. Email Address:** @
**7. Primary Contact Phone Number:**

**8. Mailing Address Line 1:** 800 SOUTH I-10 SERVICE RD. EAST
**City:** Metairie
**State:** LA
**Zip Code:** 70056

**10. Passport Book and/or Passport Card Information**
Your name as listed on your most recent passport book and/or passport card:
Verona Chesser

**Most recent passport book number:** 088099493
**Issue date (mm/dd/yyyy):** 10 Nov 1999

**Applicant's Signature:** M. Verona Chesser
**Date:** 7/25/10

Bk Fee: 110

Barcode: 250873023
928247440050803120

DS-82 12-2010                                                              Page 1 of 2

https://cadata.ca.state.gov/pls/PPT/rpt_passport_images.display_doc_all?p_hash=E542229...   6/12/2014