FD-263 (Rev. 9-8-97)

# FEDERAL BUREAU OF INVESTIGATION

| REPORTING OFFICE | OFFICE OF ORIGIN | DATE | INVESTIGATIVE PERIOD | |
|---|---|---|---|---|
| NEW ORLEANS | FBIHQ | 09/01/2004 | 08/17-09/01/2004 | |
| TITLE OF CASE<br>RHONDA LYNN CHESSER | | REPORT MADE BY<br>IA MANUELLA M. BUGGAGE | | TYPED BY<br>mmb |
| | | CHARACTER OF CASE<br>BUAP - SQUAD OPERATIONS ASSISTANT | | |

**BUDED:**

06/03/2004 (Past)

**REFERENCES:**

EC to Administrative Services from Washington Field dated 05/19/2004

- PENDING (All NO investigation completed) -

**ADMINISTRATIVE:**

INDICES

A search of New Orleans indices information for an identical record regarding the applicant, relatives, references and co-tenant, showed no information.

Status of report is marked past because New Orleans did not receive its copy of the lead initially.

APPROVED: [signature] SPECIAL AGENT IN CHARGE

DO NOT WRITE IN SPACES BELOW

COPIES MADE:
2 - FBIHQ (67D-HQ-1453307) ⇐ 14
(Attn: Zelda M. Shields, X9215
SAPU, Room 9904)
1 - NEW ORLEANS (67D-HQ-1453307)

| DISSEMINATION RECORD OF ATTACHED REPORT | | | | |
|---|---|---|---|---|
| Agency | | | | |
| Request Recd. | | | | |
| Date Fwd. | | | | |
| How Fwd. | | | | |
| By | | | | |

Notations

A*
COVER PAGE

246MMB02.RPT

DEFENDANT'S EXHIBIT 19

FD-204 (Rev. 12-1-95)

UNITED STATES DEPARTMENT OF JUSTICE
Federal Bureau of Investigation

Copy to:

Report of: IA MANUELLA M. BUGGAGE Office: New Orleans
Date: 09/01/2004

Case ID #: 67D-HQ-1453307

Title: RHONDA LYNN CHESSER

Character: BUREAU APPLICANT - SQUAD OPERATIONS ASSISTANT

Synopsis: Arrest and birth record

\- P -

ARREST

The first criminal system queried for an identifiable record relative to the applicant and family members is the Metropolitan Orleans Total Information On-line Network (MOTION), a database utilized by area law enforcement. The other database is the Louisiana Computerized Criminal History (LACCH), a repository for criminal records in the state of Louisiana. Neither criminal system revealed information regarding the applicant, Donald Daniel Chesser or Johanna Chesser. Dispositions regarding Cornell C. Bush, Verona Chesser and Stephanie Chesser are spelled out.

**Cornell C. Bush,** date of birth December 5, 1972, Social Security number 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, was arrested by the Gretna, Louisiana Police Department on December 5, 1997. Bush was charged with schedule II possession of a controlled dangerous substance. On December 12, 1997, the charges were refused. On June 27, 1998, Bush was arrested in Chalmette, Louisiana, on the charges of first degree murder, first degree feticide, attempt

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

first degree murder, armed robbery and fugitive. Bush was sentenced on August 10, 1999. He is currently incarcerated for 40 years.

**Verona Chesser**, date of birth January 29, 1955, was arrested by the Jefferson Parish Sheriff's Office on the violation of issuing worthless checks on August 21, 1999. On September 6, 2000, the charges were dismissed by the district attorney for insufficient evidence. On November 14, 1999, Chesser was arrested by the Jefferson Parish Sheriff's Office for disturbing the peace. Chesser failed to appear in court on September 11, 2000, and the record has been attached since. In St. Charles Parish, Chesser was attached on a speeding violation on March 2, 2001. She bonded out of jail on May 7, 2001. Chesser was picked up on an attachment.

**Stephanie Chesser**, date of birth August 12, 1977, was arrested by the Jefferson Parish Sheriff's Office on August 29, 2003 on the charge of theft, case number 1510875. Her record is attached now. If she is stopped for any reason, she will go to jail because she did not appear in court on December 5, 2003 for her arraignment. On August 2, 2001, case number 1406618, Chesser was driving with a suspended license. Her trial date was set for September 19, 2002, but she failed to appear. There is an open attachment that was issued on September 19, 2002. Chesser was charged with issuing a worthless check to Wal-Mart on December 24, 2000, case number 1393285. Charges were dismissed because Chesser paid the fine on January 25, 2002.

Chesser was arrested by the Gretna Police Department on December 24, 2000 for issuing a worthless check. This matter was dismissed. On February 4, 2002, Chesser was again cited for a felony for the unauthorized use of a credit card over $100.00. On May 22, 2002, she pleaded guilty and received two years, 23 months suspended sentence and 23 months active probation. On February 27, 2002, Chesser pleaded guilty to all misdemeanor arrests. Those misdemeanor arrests were 12 in number of issuing worthless checks under $100.00. Chesser received six months suspended sentence, six months inactive probation on all to run concurrent with the felony charge. On the same date of February 27, 2002, Chesser wrote another worthless check, which was included in the above sentence. On August 29, 2003, Chesser was arrested again for shoplifting under $100.00. This is an open case. Presently, Chesser's record is attached again. She is wanted on traffic charges because she missed a court date of July 9, 2004.

67D-HQ-1453307

In addition to the above charges, Stephanie Chesser was arrested in St. Charles Parish, Louisiana. On November 29, 1995, Chesser was arrested for theft of less than $100.00. Again, on January 8, 1996, Chesser was arrested on a theft charge of less than $100.00. She pleaded guilty on February 7, 1996 and was given six months in Parish Prison suspended sentence. She was also placed on 6 months of inactive probation with special conditions. Chesser was also given 32 hours of community service and fined $50.00 plus the cost of court. On May 23, 1996, an attachment was issued because Chesser failed to pay her fine.

On May 28, 1998, Chesser was arrested on an attachment. She was allowed time until June 1, 1998 to pay a fine of $255.00 and sentenced to serve one day in Parish Prison for contempt of court. Chesser also received credit for time served. On August 13, 1998, an attachment was initiated for failure to pay a fine. Later, on March 28, 2000, a fine in the amount of $125.00 was paid. On March 29, 2000, Chesser committed forgery. On the same date, the state of Louisiana filed a bill of information. On the court date of April 11, 2000, Chesser pleaded guilty. Another attachment was issued on April 26, 2000 when Chesser did not show in court. Bond was set at $30,000:00. On November 14, 2000, entered into the record was the fact that any bond in this matter was to be forfeited.

On March 5, 2001, Chesser was arrested on an attachment. Bond was set at $3,000.00 cash. On March 16, 2001, bond was reinstated. Chesser appeared in court on March 27, 2001, on May 9, 2001 and June 6, 2001. Charges of forgery were amended to two counts of possession of stolen property under $300.00. Chesser withdrew her not guilty plea and pleaded guilty, was fined $200.00 and court costs and given six months in Parish Prison, which would be suspended once she paid the fine. Chesser was also placed on probation for one year. She received credit for time served. I addition, Chesser was sentenced to attend mental health counseling and had to comply with any other conditions of her probation. On October 2, 2001, Chesser paid a $200.00 fine, and on June 11, 2002, her probation ended.

On March 29, 2000, Chesser was arrested on bank fraud charges. On April 11, 2000, she pleaded not guilty. On April 26, 2000, Chesser was not in court and an attachment was issued. Bond was set at $30,000.00 to run concurrent with another case. On November 14, 2000, it was stipulated that

any bond was to be forfeited. On March 5, 2001, Chesser was arrested on an attachment and bond was set at $3,000.00 cash. Bond was reinstated on March 16, 2001. On June 6, 2001, charges were amended to two counts of stolen property under $300.00. Chesser changed her plea to guilty to run concurrent with another matter.

On March 16, 2001, Chesser committed theft under $300.00. On March 5, 2001, at a hearing, bond was pre-set at $250.00. On April 12, 2001, at her arraignment, Chesser pleaded not guilty. On May 1, 2001, Chesser paid all fines and the matter was nolle prossed.

On May 16, 2000, an attachment was issued for not appearing in court as scheduled. Chesser was then arrested, found to be in contempt of court and sentenced to ten days in Parish Prison. She was arraigned, pleaded guilty and sentenced to ten days in Parish Prison to run concurrent with another suspended sentence. She was arrested on another attachment and found in contempt of court and sentenced to ten days in Parish Prison, but received credit for time served. Chesser was again arraigned on another case and pleaded guilty. She was sentenced to ten days in Parish Prison to run concurrent with another sentence for contempt of court. This matter was nolle prossed on March 5, 2001.

On February 28, 2002, Chesser was arrested on the charge of theft under $300.00, unauthorized use of an access card. At another arraignment held March 21, 2002, Chesser pleaded not guilty. At trial on April 25, 2002, Chesser withdrew her not guilty plea and entered a guilty plea. She was sentenced to six months in Parish Prison, which was suspended. She was placed on six months supervised probation and fined $200.00 and court costs. Chesser received credit for time served and was ordered to complete 40 hours of community service by July 1, 2002.

On June 12, 2002, an attachment was issued for failure to pay a fine. On September 30, 2002, the attachment was recalled when the fine was paid. Part of the community service was suspended. On October 17, 2002, Chesser paid another fine. On May 16, 2003, probation was terminated in a satisfactory manner.

Chesser was also arrested by the Kenner Police Department five times. On March 19, 1998, Chesser was charged with theft of goods under $50.00 and contributing to the

delinquency of a juvenile, two counts. She pleaded guilty at her arraignment on September 20, 2002. This matter is closed now because Chesser paid $535.50 on September 20, 2002.

On August 2, 2001, Chesser was arrested for driving with an expired brake tag and no license on person. She pleaded guilty at her arraignment on September 20, 2002 and paid $230.00.

On January 10, 2002, Chesser was arrested for misrepresentation during a traffic violation. She pleaded guilty at her arraignment on September 20, 2002 and paid $251.50 on this same date.

Chesser was also arrested on December 23, 2003 on the charge of illegally possessing stolen things. A court date was scheduled for March 18, 2004. An attachment was ordered on this matter. She paid $209.00.

This open case was initiated after a theft of goods under $50.00 charge on May 28, 2003. Court is scheduled for September 3, 2004. Chesser must meet this date or an attachment will be issued.

BIRTH

Ms. J. Karen Bevan, State Registrar, Vital Records Registry for the State of Louisiana, 325 Loyola Avenue, New Orleans, Louisiana, provided the attached birth certificate relative to the applicant. According to the information, the applicant, Rhonda Lynn Chesser, is a black female born August 26, 1976, in Jefferson Parish, Metairie, Louisiana. Parents are Verona Penny Winzy and Donald Chesser. The record also showed that birth number 117 7650707 was filed October 13, 1976.



Chesser Lindstrom-FBI Records Provided Pursuant to Subpoena 07/20/16; USAO Received 01/30/17; Produced 08/10/17 Page 402

67D-HQ-1453307
RWC:rwq

1

LAW ENFORCEMENT AGENCY CHECKS

New Orleans Division
at Baton Rouge, Louisiana

The following information was obtained by Investigative Analyst (IA) REBECCA W. COSSEY at Baton Rouge, Louisiana:

On August 17, 2004, reviews of the criminal records by the below listed individuals of their respective agencies were negative regarding the applicant RHONDA LYNN CHESSER, date of birth (DOB) August 26, 1976, and Social Security Account Number (SSAN) 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:

SONYA PEARL, Criminal Records, Baton Rouge Police Department, Baton Rouge, Louisiana.

Deputy PAULA EALY, Criminal Records, East Baton Rouge Parish Sheriff's Office, Baton Rouge, Louisiana. It should be noted that the East Baton Rouge Parish Sheriff's Office is a repository for all criminal records generated by all municipal law enforcement authorities within the Parish of East Baton Rouge.

Records of the Louisiana Computerized Criminal History (LACCH), central repository for all criminal records generated by state, local, and municipal law enforcement authorities within the State of Louisiana, were void of identifiable references to captioned individual.

A review of LACCH records revealed the applicant's step-brother CORNELL COMELIUS BUSH was arrested by the sheriff's office in Chalmette, Louisiana on June 30, 1998, on the charges of First Degree Murder and Attempted First Degree Murder. On August 25, 2004, HENRY GOINS, Louisiana Department of Corrections (DOC), was telephonically contacted and provided the following information:

GOINS stated records reflect BUSH, DOC number 419340, was presently serving time in the Louisiana Penitentiary, Angola, Louisiana, on the above captioned charges. BUSH was sentenced to 40 years for each charge to run concurrent. June 28, 2032 is a projected date for "good time" release.

67D-HQ-1453307
LHJ:lhj



LAW ENFORCMENT AGENCY CHECK

On August 19, 2004, the following investigation was conducted by Special Agent Leonard Hall Jones III:

Bobby Hill, employee by the Vermillion Parish District Attorney's Office, 100 North State Street, Abbeville, Louisiana, 70115, telephone number (337) 898-4320, was contacted by SA Jones. Upon being advised of the identity of SA Jones and the nature of the inquiry, Hill conducted a search of the District Attorney's Office computer files concerning a December 23, 2003 arrest of STEPHANIE CHESSER, relative of the applicant, RHONDA LYNN CHESSER, by the Abbeville Police Department. Hill could find no record of an arrest or disposition concerning the reported December 23, 2003 arrest.

Chris Hardy, Dispatcher, Abbeville Police Department, 304 Charity Street, Abbeville, Louisiana, telephone number (337) 893-2511, was contacted by SA Jones. Upon being advised of the identity of SA Jones and the nature of the inquire, Hardy conducted a search of the Abbeville Police Department arrest records, and could find no record of an arrest of STEPHANIE CHESSER, relative of the applicant, RHONDA LYNN CHESSER.

Trena Touchet, Deputy Clerk, Abbeville Clerk of Court's Office, 208 South State Street, Abbeville, Louisiana, telephone number (337)893-1513, was contacted by SA Jones. Upon being advised of the identity of SA Jones and nature of the inquiry, Touchet conducted a search of the Clerk of Court's records and found no record of an arrest of STEPHANIE CHESSER, relative of the applicant, RHONDA LYNN CHESSER.

26613

IMPORTANT: Black Ink or Typewriter Ribbon Mandatory By State Law.

STATE OF LOUISIANA
CERTIFICATE OF LIVE BIRTH Birth No. 117 76 50 707

FOR ENFORCEMENT PURPOSES ONLY

| | | | |
|---|---|---|---|
| THIS CHILD (Type or print names. Do not use numerals for month of birth.) Do not abbreviate month. | 1A. CHILD'S LAST NAME: Chesser | 1B. FIRST NAME: Rhonda | 1C. SECOND NAME: Lynn |
| | 3A. DATE OF BIRTH: August 26, 1976 | 3B. HOUR OF BIRTH: 2:36 a.m. | |
| | 2. SEX: Girl | 4. THIS BIRTH: Single ☒ | |
| PLACE OF BIRTH | 6A. PLACE OF BIRTH (CITY, TOWN, OR LOCATION): Metairie | 6B. PARISH OF BIRTH: Jefferson | |
| | 6C. NAME OF HOSPITAL OR INSTITUTION: East Jefferson General Hospital | 6D. IS PLACE OF BIRTH INSIDE CITY LIMITS? No ☒ | |
| USUAL RESIDENCE OF MOTHER (Where does mother live?) | 7A. Metairie | 7B. PARISH: Jefferson | 7C. STATE: Louisiana |
| | 7D. STREET ADDRESS: 319 Eisenhower Avenue | 7E. IS RESIDENCE INSIDE CITY LIMITS? No ☒ | |
| FATHER OF CHILD | 8A. FULL NAME OF FATHER: Donald Chesser | 8B. STATE OF BIRTH: Amite County, Miss. | 8C. AGE: 35 — 8D. COLOR OR RACE OF FATHER: Black |
| MOTHER OF CHILD | 9A. FULL MAIDEN NAME OF MOTHER: Verna [illegible] Linzy | 9B. CITY AND STATE OF BIRTH: New Orleans, La. | 9C. AGE: 21 — 9D. COLOR OR RACE OF MOTHER: Black |
| INFORMANT'S CERTIFICATION | I certify that the above stated information is true and correct to the best of my knowledge. 10. SIGNATURE OF PARENT OR OTHER INFORMANT: Mrs Verona [illegible] Parent ☒ | 11. DATE OF SIGNATURE: 8/27/76 | |
| | 12. MOTHER'S MAILING ADDRESS: 319 Eisenhower Avenue Apt. A Metairie, Louisiana | | |
| ATTENDANT'S CERTIFICATION | I certify that I attended this birth and that the child was born alive on the date stated above. 13. SIGNATURE OF ATTENDANT: [signature] | 8-27-76 | |
| REGISTRAR'S CERTIFICATION | 15. DATE ACCEPTED BY LOCAL REGISTRAR: 10-1-76 | 16. SIGNATURE OF LOCAL REGISTRAR: Hilda Reynaud [illegible] | 17. DATE: OCT 1 5 1976 |

CERTIFIED TRUE COPY
Certifier: Valerie [illegible] Delmdetter
DATE: 8/17/[illegible]

CONFIDENTIAL INFORMATION FOR MEDICAL AND HEALTH USE ONLY