(Rev. 01-31-2003)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: DEADLINE: 10/15/2009                Date: 09/15/2009

To: Counterterrorism              Attn: Chief Security Officer

From:   Security
        Internal Security Section
        Reinvestigation Unit (RU), WB-460
        Contact: Don Song, PSS, 202-436-7510

Approved By:   White Kevin J.

Drafted By:    Song Don:ds

Case ID #: 67E-HQ-1453307 SUB-S

Title:   RHONDA CHESSER
         INTELLIGENCE ANALYST, GS-9
         EOD: 10/31/2004
         D/POB: 08/26/1977; RICHMOND, VA
         SSN: 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
         COUNTERTERRORISM DIVISION
         PHASED SINGLE SCOPE BACKGROUND INVESTIGATION
         PERIODIC REINVESTIGATION
         NFIP-FBISEC

Synopsis:  To advise Rhonda Chesser of a collection account with Verizon for $ 257.00 appearing on her credit report.

Enclosure(s):  A copy of credit report dated 09/01/2009.

Details:  A routine review of credit report dated 09/01/2009, revealed a collection account with Verizon for $257.00.

   The Reinvestigation Unit requests the Security Officer, or another designated individual, to advise Ms. Chesser of the delinquent account listed on her credit report. If the account is outstanding, stress the importance of addressing financial obligations by providing the employee with a Security Awareness Briefing (SAB).

   If the information listed on the credit report is not accurate, the employee should initiate steps to have her credit report corrected and/or updated immediately.

UNCLASSIFIED



DEFENDANT'S EXHIBIT 40