1204210

**MVA**
Motor Vehicle Administration

6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

```
AS MOTOR VEHICLE ADMINISTRATOR FOR THE STATE OF MARYLAND AND BY VIRTUE OF
THE AUTHORITY VESTED IN ME UNDER THE TRANSPORTATION ARTICLE, MARYLAND
VEHICLE LAW, I DO HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT THE
FOLLOWING IS A TRUE COPY TAKEN FROM THE ORIGINAL NOW ON FILE AND PART OF
THE RECORDS OF THIS ADMINISTRATION.

                                                01204210

                          HGT  WGT  RACE  SEX  BIRTH-DATE      PAGE
    C 260-737-564-665     5-07 110   1     F   08-26-77          1
    RHONDA LYNN CHESSER
                                               GRATIS
RES: 13817 AMBERFIELD CT
     UPPER MARLBORO   PG   MD   20772-6930


     DRIVING PRIVILEGE STATUS: VALID

  LIC-CLASS   GLS-TY   TY D   DOC   ISSUE-DT  EXPIR-DT  ENDOR  RESTRICTION  SP-RESTR
  CLASS C              D  1         07/01/11  08/26/14


  V/ADM DT   CONV DT   SUMMARY         DESCRIPTION                          PTS
  02-11-08                             ADDRESS CHANGE
  07-06-04             NE06ONC         MD LICENSE ISSUED/OUT OF
                                       ST LIC SURRENDERED/VOIDED
  07-24-09             A/A             LICENSEE SIGNED STATEMENT-NO
                                       LICENSE IN POSESSION

              RECORD END   TOTAL CURRENT POINTS   00
```



**GOVERNMENT EXHIBIT**

CASE NO. EP-17-CR-1339-DB

EXHIBIT NO. 12

JUN 25 2014

*Chaffee* (signature)

DR-060 (2-14)

```
MARYLAND AND FEDERAL LAW PROHIBITS UNAUTHORIZED
DISCLOSURE OF INFORMATION FROM MVA RECORDS.
VIOLATION OF THESE PROVISIONS IS A
MISDEMEANOR PUNISHABLE BY A FINE UP TO $1000
DOLLARS.

AS WITNESS, MY HAND AND THE SEAL OF THIS
ADMINISTRATION THE DAY AND YEAR SET OPPOSITE.
```

FAST FORMS  Toll Free 1-888-513-6767