





**GOVERNMENT EXHIBIT**

CASE NO. EP-17-CR-1339-DB

EXHIBIT NO. 15